UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCIS S. DOMINESKI,<br><br>     Plaintiff,<br><br>vs.<br><br>EMCOR FACILITIES SERVICES, INC.,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. RDB-12-3793 |

**DISCLOSURE OF CORPORATE INTEREST**

*Check all that apply:*

[   ]   I certify, as party/counsel in this case that _____
                     (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

[ X ]   The following corporate affiliations exist with   EMCOR Facilities Services, Inc.  :
                          (name of party)
EMCOR Group, Inc.
       (names of affiliates)

[ X ] The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Continental Casualty Company
   (names of entities with possible financial interests)

Respectfully submitted,

/s/
Stephen S. McCloskey, #04640
SEMMES, BOWEN & SEMMES
25 South Charles Street, Ste 1400
Baltimore, MD 21201
Tel: 410.539.5040
Fax: 410.539.5223
smccloskey@semmes.com

*Counsel for Defendant*
*EMCOR Facilities Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January 2013, a copy of the foregoing Local Rule 103.3 Disclosure of Corporate Interest was electronically filed and served on all counsel of record.

/s/
Stephen S. McCloskey

B1304905.DOC